IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERNECIA JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. 3:23-CV-0509-D |
| § | |
| QT SOUTH, LLC a/k/a, § | |
| QUICKTRIP CORPORATION, § | |
| § | |
| Defendant. § | |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed without prejudice for want of prosecution.

The taxable costs of court incurred by defendant QT South, LLC, as calculated by the clerk of court, are assessed against plaintiff Vernecia Jones.

Done at Dallas, Texas March 5, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE